IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-CV-805-WYD-PAC

ROBERTO A. DAVIS,

    Plaintiff(s),

v.

POST TENSION OF NEVADA, a Nevada corporation,

    Defendant(s).

---

**ORDER**

---

THIS MATTER is before the Court on Defendant's Motion to Dismiss or For Summary Judgment as to Amended Complaint, filed September 6, 2005.  This Motion is denied without prejudice, because it was not filed within 10 days after service of the Amended Complaint as required by FED. R. CIV. P. 15(a).  The Court did not approve an extension of time for Defendant to file its Motion.  By separate Minute Order, filed September 7, 2005, Defendant's Unopposed Request for Extension to File Responsive Pleading was stricken for failure to comply with D.C.COLO.LCivR 7.1A.

    Accordingly, it is

    ORDERED that Defendant's Motion to Dismiss or For Summary Judgment as to Amended Complaint, filed September 6, 2005, is **DENIED WITHOUT PREJUDICE.**

Dated: September 8, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge