IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00805-WYD-PAC

ROBERT A. DAVIS,

    Plaintiff(s),

v.

POST TENSION OF NEVADA, a Nevada Corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    No response having been filed, IT IS HEREBY

    **ORDERED** that the Motion for Protective Order [filed November 17, 2005; Doc. No. 54] is **GRANTED.**

    IT IS **FURTHER ORDERED** that counsel shall file the Protective Order with the Court on or before **December 22, 2005.**

Dated:  December 20, 2005