IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-CV-805-WYD-PAC

ROBERTO A. DAVIS,

     Plaintiff(s),

v.

POST TENSION OF NEVADA, a Nevada corporation,

     Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Plaintiff's Unopposed Motion for Leave to File a Brief in Excess of Its Limit and Certificate of Compliance, filed December 22, 2005, is **GRANTED**.  Plaintiff's Response to Motion to Dismiss or for Summary Judgment as to the Second Amended Complaint and Motion to Strike, filed December 22, 2005, is accepted for filing.


     Dated:  December 23, 2005


                         s/ Michelle M. Merz
                         Law Clerk to
                         Wiley Y. Daniel