IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-CV-805-WYD-PAC

ROBERTO A. DAVIS,

     Plaintiff(s),

v.

POST TENSION OF NEVADA, a Nevada corporation,

     Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Upon review of the file, and for the reasons set forth in the Court's Order of November 10, 2005, Defendant's Second Motion to Dismiss or for Summary Judgment as to Amended Complaint, filed September 22, 2005 (docket #28) is **DENIED AS MOOT**.

     Dated:  August 28, 2006