IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-CV-805-WYD-PAC

ROBERTO A. DAVIS,

    Plaintiff(s),

v.

POST TENSION OF NEVADA, a Nevada corporation,

    Defendant(s).

**ORDER**

A five-day jury trial has been set to commence in the above matter on **Monday, July 30, 2007, at 9:00 a.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.  A final trial preparation conference is set for **Monday, July 16, 2007, at 9:00 a.m**.

Dated:  January 16, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge