IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-CV-805-WYD-PAC

ROBERTO A. DAVIS,

    Plaintiff(s),

v.

POST TENSION OF NEVADA, a Nevada corporation,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on the Response to Order to Show Cause and Motion for Extension of One Day to File This Response, filed July 19, 2007 (docket #116).  On July 16, 2007, I issued an Order to Show Cause because attorney Karen Ford, counsel for Defendant, failed to appear for the final trial conference in this matter, which was scheduled for Monday, July 16, 2007, at 9:00 a.m.  In her Response, Ms. Ford advises that the matter had settled on Friday, July 13, 2007, and that "it was counsel's understanding that the pretrial conference was off calendar."  However, Ms. Ford never requested that the trial conference be vacated, never confirmed that the trial conference was vacated, and never received any notification from the Court that the trial conference was vacated.  In fact, a conference took place on Monday, July 16, 2007, during which I requested that counsel confirm settlement of this matter on the record.  I also note that this is the second time in this case that Ms. Ford has been ordered to show cause for failure to appear, having failed to appear at the pre-trial

conference in October, 2006. In the future, Ms. Ford must not assume that a hearing has been vacated simply because the parties are close to reaching settlement or believe that a settlement has been reached. In consideration of the foregoing, it is hereby

ORDERED that the Order to Show Cause, dated July 16, 2007 (docket #114) is hereby **DISCHARGED**.

Dated: July 20, 2007

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge