IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-CV-805-WYD-PAC

ROBERTO A. DAVIS,

      Plaintiff(s),

v.

POST TENSION OF NEVADA, a Nevada corporation,

      Defendant(s).

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice, filed August 17, 2007 (docket #123).  In the motion, the parties stipulated to dismissal of all claims herein.  Upon consideration of the motion and file in this matter, it is hereby

ORDERED that the claims and causes of action asserted herein are **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys' fees.  It is

FURTHER ORDERED that the Order to Show Cause issued August 2, 2007 (docket #118) is hereby **DISCHARGED**.

Dated:  August 22, 2007

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge